# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re  Passafaro Nova Ninja LLC

Debtor(s)

Case No.  22-10486-BFK

Chapter  7

# ORDER OF DESIGNATION

An order for relief under Title 11 U.S.C., Chapter  7  having been entered on the petition filed in this case on  April 21, 2022 ; it is, therefore

**ORDERED** that  Kathleen Passafaro, Member  is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

**ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date:  Apr 22 2022

/s/ Brian F Kenney
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
April 22, 2022

[ver. 12/03]